IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAKAJ R. DESAI, M.D. | * |
| Plaintiff | * |
| vs. | *   CASE NO. L-98-1259 |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, ET AL. | * |
| | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT ORDER

It is hereby ORDERED, this 13TH day of March 2000, with the consent of the parties to the above action and Anne S. Ferro, Administrator to the Motor Vehicle Administration, by their attorneys, that the Maryland Motor Vehicle Administration shall disclose the Medical Advisory Board records pertaining to Plaintiff, Pankaj R. Desai, M.D. in response to Defendants' Notice to Take Records Deposition of October 28, 1999. Defendants will be billed for reproduction costs based on rates established by State law and regulation.

_____
JUDGE