Law Offices
# Eccleston and Wolf
Professional Corporation

(410) 752-7474
FAX (410) 752-0611
MITCHELL@EWMD.COM

WILLIAM L. MITCHELL, II

7TH FLOOR, SCARLETT PLACE
729 E. PRATT STREET
BALTIMORE, MARYLAND 21202-446033

SUITE 450
1750 K STREET, N. W.
WASHINGTON, D. C. 20006-2300
(202) 857-1696
FAX (202) 857-0762

SUITE 201
10875 MAIN STREET
FAIRFAX, VIRGINIA 22030-4732
(703) 218 5330

March 13, 2000

The Honorable Benson Legg
United States District Court
for the District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

          Re:    Pankaj R. Desai v. Northwestern Mutual Life, et al.
                  Case No.: L-98-1259

Dear Judge Legg:

I am writing on behalf of all counsel to request that the Court grant additional time to complete discovery in the above-captioned matter. This case concerns claims by an insured against an insurer and several insurance agents under disability income and life insurance policies. The parties have thoroughly embraced discovery, and have cooperated with each other in an effort to ready this matter for trial in an efficient, yet thorough, manner. To this end, the parties have made significant strides toward the completion of discovery: all experts have been identified, numerous deposition subpoenae have been issued to countless individuals and entities, and volumes upon volumes of documents have been reviewed, processed and exchanged. Due to the sheer amount of documentation involved in this case, and the reluctance of some third parties to provide subpoenaed information in a timely manner, this process has taken much longer than the parties initially anticipated.

Furthermore, certain unfortunate and unforeseeable events have occurred with respect to the location and designation of experts in this matter. One of the experts retained by the Defendants suffered serious injuries requiring extensive rehabilitation as the result of a fall from a ladder, and had to withdraw from participating in this case. In addition, shortly after being retained, another expert was diagnosed with cancer, and was forced to withdraw from his participation in this case in order to devote his energies to treatment options for this disease. These events resulted in a delay in the designation of experts. All parties, however, continued to cooperate through these setbacks, and are now positioned to complete the final phases of discovery.

*Approved*
*[signature]*

*[signature] Benson Legg*
*USDJ*
*3/15/00*

*3/15/[signature]*

Eccleston and Wolf PC

The Honorable Benson Legg
March 13, 2000
Page 2

At this point, the parties are ready to begin depositions. However, due to the particulars of this case, the depositions of several fact and expert witnesses will be required. Unfortunately, it is clear to everyone that these remaining tasks cannot be completed by the current deadline of March 31, 2000.

Accordingly, the parties request that the discovery deadline and deadline for submission of a status report be moved to August 31, 2000. The parties request that the deadline for Requests for Admissions be moved to September 15, 2000, with dispositive motions to follow on October 30, 2000.

The parties believe that this extension will permit them to complete discovery in this matter, as they have been working diligently on this rather complex case. We request your consideration of this matter.

Sincerely,

ECCLESTON AND WOLF, P. C.

By: _____
William L. Mitchell, II

WLM/wlm

cc: Alison D. Kohler, Esquire
Richard P. Neuworth, Esquire
David A. Carter, Esquire