# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PANKAJ R. DESAI, M.D.,

    Plaintiff

v.

    Case No.: L-98CV1259

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, et al.,

    Defendants

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Compel Discovery filed by Defendant the Northwestern Mutual Life Insurance Company, and any opposition thereto, it is this 24 day of July, 2000, by the United States District Court for the District of Maryland,

ORDERED, that the said Motion be and the same hereby is GRANTED, and it is further

ORDERED, that Plaintiff produce a copy of the Releases and Settlement Agreements in Desai, et al. v. Meeney, et al., CA No. 96-3733, United States District Court for the District of New Jersey, within 15 days of the date of this Order, subject to approval by this Court of a Stipulated Order Regarding Confidentiality of Discovery Material executed by all counsel.

                                           Benson E. Legg
                                           United States District Judge