Case 1:98-cv-01259-BEL   Document 50   Filed 02/02/2001   Page 1 of 1

LAW OFFICES

# SPENCE, KOHLER, CHRISTIE & PULVER, P.A.

401 WASHINGTON AVENUE
SUITE 701
TOWSON, MARYLAND 21204

PAUL W. SPENCE
ALISON D. KOHLER
MICHAEL A. PULVER
SHARON A. CHRISTIE*

*ALSO ADMITTED IN D.C.

TELEPHONE
(410) 823-8200
FAX
(410) 823-8208

February 1, 2001

**VIA HAND DELIVERY**

The Honorable Benson E. Legg
Judge, United States District Court for
the District of Maryland
101 W. Lombard Street
Room 340
Baltimore, Maryland 21201

    RE: **Pankaj R. Desai v. Northwestern Mutual Life Ins. Co.**
          Case No.: L-98-1259

Dear Judge Legg:

    The parties have conferred and pursuant to Local Rule 105.c, have agreed on the following briefing schedule, subject to your approval:

    1. Plaintiff's Opposition to Defendants' Summary Judgment Motions and filing of Cross-Motion for Summary Judgment are due on February 13, 2001;

    2. Defendants' Reply Memorandums to Plaintiff's Opposition and Defendants' Oppositions to Plaintiff's Cross-Motion for Summary Judgment are due on March 9, 2001;

    3. Plaintiff's Reply Memorandum to Defendants' Opposition is due on March 23, 2001.

    I hope that this schedule meets with your approval. Thank you for your consideration of this matter.

APPROVED THIS 2nd DAY OF February, 2001     Respectfully yours,

_____
BENSON EVERETT LEGG, U.S.D.J.

                                     Alison D. Kohler

ADK/tlp
cc: David A. Carter, Esquire (via facsimile)
     William B. Mitchell, II, Esquire (via facsimile)
W:\Users\CASES\7351\Clerk\legg2.ltr.wpd

